**FILED**
**JANUARY 8, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

106-7962 TAC:MTC #91438

**08 C 148**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRANCINE B. WARD and MICHAEL A. WARD | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: |
| v. | ) ) ) | |
| TRANSWORLD SYSTEMS, INC., | ) ) ) | |
| Defendant. | ) | |

**JUDGE NORGLE**
**MAGISTRATE JUDGE MASON**

## DEFENDANT'S NOTICE OF REMOVAL

NOW COMES the Defendant, TRANSWORLD SYSTEMS, INC., by and through its attorneys, BULLARO & CARTON, P.C., and pursuant to 28 U.S.C.A. § 1446, removes the above action from state court to this federal court, based upon the following grounds:

1. The above action was filed in the Circuit Court of the Nineteenth Judicial Circuit for the County of Lake, State of Illinois, Gen. No. 07 SC 9382 and is now pending in that court. Process, including a summons and complaint, was served upon the Defendant on December 11, 2007.

2. The Plaintiffs' complaint and Plaintiffs' representation to Defendant's counsel allege that the action is a civil action asserting a violation of the laws of the United States for which Plaintiff seeks redress under the Fair Debt Collection Practices Act, 15 U.S.C.A. § 1692, et seq., and for which this court has original jurisdiction under 28 U.S.C.A. § 1331.

3. Defendant is entitled to remove the above action from the state court to this federal court under 28 U.S.C.A. § 1446(a).

4. This Notice of Removal is timely in that it is filed within 30 days from the date that the Defendant received a copy of the Summons and Complaint. 28 U.S.C. § 1446(b).

5. Copies of all process, pleadings, and orders served upon Defendant are attached and filed with this notice as Exhibit A.

6. Defendant will give written notice of the filing of this Notice as required by 28 U.S.C. § 1446(d).

WHEREFORE, the defendants request that this action be removed from the Circuit Court of the Nineteenth Judicial Circuit of Lake County, Illinois to the United States District Court for the Northern District of Illinois.

Respectfully submitted,

**BULLARO & CARTON, P.C.**

By s/Thomas A. Carton
Thomas A. Carton

Thomas A. Carton (ARDC # 3122259)
Bullaro & Carton, P.C.
200 North LaSalle Street, Suite 2500
Chicago, Illinois 60601
Telephone:    (312) 831-1000
Facsimile:    (312) 831-06470
carton@bullarocarton.com

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that on January 8, 2008, a copy of the foregoing was served via U.S. Postal Service from 200 N. LaSalle Street, Chicago, Illinois to:

Michael A. Ward<br>
Francine B. Ward<br>
1423 Northwoods Drive<br>
Deerfield, IL 60015<br>
(847) 778-7969

Dated: <u>January 8, 2008</u>

                                           **BULLARO & CARTON, P.C.**

                                           By <u>s/Thomas A. Carton</u>
                                                 Thomas A. Carton