**FILED
JANUARY 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY

(Name all parties)

Francine B. Wand +
Michael A. Wand
        Plaintiff

vs.

Transworld Systems Inc
        Defendant

No. _____ **08 C 148**

Amount Claimed $ 792.12

**JUDGE NORGLE
MAGISTRATE JUDGE MASON**

### SUMMONS

To each defendant:
YOU ARE HEREBY SUMMONED and required to appear before this Court at Courtroom 306, 18 North County Street, Waukegan, Illinois, at __1:30__ A.M. (P.M.) on __January 8__, 20__07__ to answer the complaint in this case, a copy of which is hereto attached. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:
This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service and not less that 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 3 days before the day for appearance.

WITNESS __DEC 04__, 20__

(Seal of Court)

_____
(Clerk of the Circuit Court)

_____
(Deputy)

(Plaintiff's attorney or plaintiff if he or she is not represented by an attorney)
Name __Michael A. Wand__
Attorney for __N/A__
Address __1423 Northwoods Dr.__
City __Deerfield__
Telephone __847-778-7969__

### NOTICE TO DEFENDANT

IF YOU WISH TO CONTEST THIS CLAIM, you must do the following:

(A) Pay the statutory appearance fee (NO PERSONAL CHECKS ACCEPTED).
(B) File a written appearance (forms may be obtained at the main office of the Clerk of the Circuit Court) on or before the day and time specified for appearance, hereinafter called the return day.
(C) Mail or otherwise deliver to the plaintiff's attorney or the plaintiff if there is no attorney, a copy of your appearance.
(D) **IF** the appearance is timely filed and the fee paid, you are **NOT** required to appear in court in person on the return date, **instead** you should be present in court at the specified address prepared to proceed to trial at the same time on the 14th day **after** the stated return day.

In the event the trial day falls on a court holiday, the trial shall be held on the next earliest court day following said court holiday.

IF YOU DO NOT WISH TO CONTEST THIS CLAIM, you need not appear in person or file a written appearance and a judgment will be entered against you on the return day for the amount claimed by the plaintiff in the complaint plus court costs.

## AFFIDAVIT FOR SERVICE BY CERTIFIED MAIL

_____, being first duly sworn on oath says that the last known mailing address of  TRANSWORLD SYSTEMS, INC  defendant above is 25 NORTHWEST POINT BLVD #750, ELK GROVE VILLAGE, IL 60007 and the last known mailing address of ~~CT CORPORATION~~ TRANSWORLD SYSTEMS defendant above is C/O CT CORPORATION 208 S. LASALLE ST. STE #814 Chicago, IL 60604  Michael A. Ward

Subscribed and sworn before me this 4th day of December, AD. 2007

Stephanie J Martinez

"OFFICIAL SEAL"
STEPHANIE J. MARTINEZ
Notary Public, State of Illinois
My Commission Expires 04/13/11

**IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT**
**LAKE COUNTY, ILLINOIS**

FRANCINE B. WARD + MICHAEL A. WARD
_____ )
Plaintiff,                        )
vs.                               )   Gen No. _____
                                  )
TRANSWORLD SYSTEMS INC.           )
_____ )
Defendant.                        )

## SMALL CLAIMS COMPLAINT

1. I FRANCINE B. + MICHAEL A. WARD _____, am the plaintiff.
   *(Type or print your first and last name in the blank space.)*

2. The defendant's name is TRANSWORLD SYSTEMS INC. _____.
   *(Type or print the defendant's first and last name, or company name in the blank space.)*

3. The defendant owes me exactly $ 792.12 .
   *(Type or print the exact amount in the blank space. This figure must be $10,000 or less in order for you to use this Small Claims procedure).*

4. The reason the defendant owes me this amount of money is because:
   *(Select only ONE of the reasons listed below that describes the facts of your case.)*

   ☐ Defendant agreed in a written contract to pay me this money, but has not paid me, even though I have demanded payment. *(You need to attach a copy of the written contract to this Complaint, or attach a sworn statement explaining why you are not able to attach a copy).*

   Date(s) this happened: _____.

   ☐ Defendant wrongfully took, destroyed or damaged my personal property.

   Date(s) this happened: _____.

   Describe what happened: _____
   _____
   _____

   ☐ Defendant verbally agreed to pay me this money, but has not paid me, even though I have demanded payment.

   Date(s) this happened: _____.

   ☐ Defendant agreed to do certain repair work for me but has not done it properly even though I paid for the work.

   Date(s) this happened: _____.

   Describe what happened: _____
   _____
   _____

☐ The Defendant injured me.
Date(s) this happened: _____.
Describe your injury: _____
_____
_____
_____
_____
_____
_____
_____

Describe what happened: _____
_____
_____
_____
_____
_____
_____

☒ Some other reason. *(If none of the other reasons above apply, describe here why the defendant owes you the money you claim)* DEFENDANT CONTINUES TO SEND COLLECTION NOTICES FOR AN AMOUNT THAT WE PAID IN FULL, AND THE CHECK CLEARED OUR BANK IN THE BEGINNING OF SEPTEMBER 2007. THEY REFUSE, (JOSEPHINE - IN ELK GROVE VILLAGE) TO ISSUE A PAID IN FULL LETTER.
_____

Date(s) this happened: _____.

## VERIFICATION

Under the penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that the undersigned verily believes the same to be true.

Date: _____

Plaintiff's Signature

PLAINTIFF'S Address:
1423 NORTHWOODS DR.
DEERFIELD, IL. 60015

Phone: 847-778-7969
ARDC: _____

DEFENDANT'S Address:
25 NORTHWEST POINT BLVD. #750
ELK GROVE VILLAGE, IL. 60007

Phone: 847-640-6297
ARDC: _____