106-7962                          TAC:MTC                          (ARDC # 3122259)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

FRANCINE B. WARD and MICHAEL  )
A. WARD  )
  )
      Plaintiffs,  )    Case No.: 08 C 148
  )
v.  )
  )
TRANSWORLD SYSTEMS, INC.,  )
  )
      Defendant.  )

## NOTICE OF FILING

TO:    Michael A. Ward
       Francine B. Ward
       1423 Northwoods Drive
       Deerfield, IL 60015

On January 18, 2008, we filed with the Clerk of the United States Federal Court, 219

South Dearborn Street, Chicago, Illinois, **Defendant, Transworld Systems, Inc.,'s Motion**

**for Leave to file Amended Answer and Affirmative Defense to Plaintiff's Complaint and**

**Notice of Motion.**          BULLARO & CARTON, P.C.

          By: s/Thomas A. Carton
             Thomas A. Carton

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 18, 2008, a copy of the foregoing was served via
U.S. Postal Service from 200 N. LaSalle Street, Chicago, Illinois to: Michael A. Ward and Francine
B. Ward, 1423 Northwoods Drive, Deerfield, IL 60015.

Dated: January 18, 2008        BULLARO & CARTON, P.C.
          By: s/Thomas A. Carton
             Thomas A. Carton