106-7962                            TAC:MTC                           (ARDC # 3122259)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| FRANCINE B. WARD and MICHAEL A. WARD | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 08 C 148 |
| v. | ) ) | |
| TRANSWORLD SYSTEMS, INC., | ) ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:   Michael A. Ward
      Francine B. Ward
      1423 Northwoods Drive
      Deerfield, IL 60015.

On Friday, January 25, 2008, at **10:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Norgle, Sr.** in **Room 2341**, or any judge sitting in his stead, in the courtroom usually occupied by him in the United States District Court for the Northern Division of Illinois, Eastern Division, and shall then and there present the attached **Motion for Leave to file Amended Answer and Affirmative Defense to Plaintiffs' Complaint**.

**BULLARO & CARTON, P.C.**
200 North LaSalle Street, #2500
Chicago, Illinois 60601
Telephone (312) 831-1000

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 18, 2008, a copy of the foregoing was served via U.S. Postal Service from 200 N. LaSalle Street, Chicago, Illinois to: Michael A. Ward and Francine B. Ward, 1423 Northwoods Drive, Deerfield, IL 60015.

Dated: January 18, 2008                    BULLARO & CARTON, P.C.
                                           By: s/Thomas A. Carton
                                               Thomas A. Carton