106-7962                              TAC:MTC                              (ARDC # 3122259)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FRANCINE B. WARD and MICHAEL A. WARD ) ) ) | |
| Plaintiffs, ) ) | Case No.: 08 C 148 |
| v. ) ) | |
| TRANSWORLD SYSTEMS, INC., ) ) | |
| Defendant. ) | |

## MOTION FOR DISMISSAL ORDER

Transworld Systems, Inc., Defendant, by its attorney, Bullaro & Carton, P.C., hereby moves this Court for an order dismissing this lawsuit with prejudice.

In support of its motion, Transworld Systems, Inc. states:

1.  Pursuant to the attached Stipulation entered into between the Plaintiffs, Francine B. Ward and Michael A. Ward, and Defendant, Transworld Systems, Inc., the parties have resolved all matters in controversy between them and the lawsuit may be dismissed with prejudice.

WHEREFORE, Defendant, Transworld Systems, Inc., requests that an order be entered by this Court dismissing this lawsuit with prejudice.

BULLARO & CARTON, P.C.

By: _____
One of its attorneys

BULLARO & CARTON, P.C.
200 North LaSalle Street, Suite 2500
Chicago, Illinois 60601
(312) 831-1000