106-7962                          TAC:MTC                          (ARDC # 3122259)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FRANCINE B. WARD and MICHAEL A. WARD, | ) |
| Plaintiffs, | ) Case No.: 08 C 148 |
| v. | ) |
| TRANSWORLD SYSTEMS, INC., | ) |
| Defendant. | ) |

### STIPULATION TO DISMISS

It is hereby stipulated and agreed by and between the parties to the above-entitled action, including the Plaintiffs Francine B. Ward, Michael A. Ward, and Defendant Transworld Systems, Inc., that this action be dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Francine B. Ward
_/s/ Francine B. Ward_
Plaintiff

Michael A. Ward
_/s/ Michael A. Ward_
Plaintiff

BULLARO & CARTON, P.C.

By: _/s/ Thomas A. Carton_
Thomas A. Carton
Attorney for Transworld Systems, Inc.
200 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601

1